GENERAL FUND

FOR THE SOUTHERN DISTRICT OF
ALABAMA FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 04/17/2016

| CASE NO. | DEBTOR | PAYEE | ADDRESS | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| 13-03466 #625 | JANICE G. RICHARDSON | APPROVED CASH ADVANCE | 1306 HIGHLAND AVENUE SELMA, AL 36701 | 59589 | $ 23.12 |
| 13-03466 #625 | JANICE G. RICHARDSON | APPROVED CASH ADVANCE | 1306 HIGHLAND AVENUE SELMA, AL 36701 | 59589 | $ 6.88 |
| 11-01406 #626 | EDMOND J. WOODS SHIRLEY WOODS | APPROVED CASH ADVANCE | 1306 HIGHLAND AVENUE SELMA, AL 36701 | 59592 | $ 14.88 |
| 10-03290 #626 | RICHARD T. CARRAWAY LINDA B. CARRAWAY | BAYSIDE DENTALCARE | 19354 GREENO ROAD FAIRHOPE, AL 36532 | 59798 | $ 65.14 |
| 11-01280 #626 | CAROLINE DONNETTE HOUZE | CAVALRY PORTFOLIO SERVICES, LLC | 2871 ACTON ROAD SUITE 101-A BIRMINGHAM, AL 35243 | 60016 | $ 33.00 |
| 11-03739 #626 | LAVINER S. CASTER | CAVALRY PORTFOLIO SERVICES, LLC | 2871 ACTON ROAD SUITE 101-A BIRMINGHAM, AL 35243 | 60016 | $ 10.34 |
| 10-03924 #626 | RICKEY ALLEN BROWN SHERRESE T. BROWN | CENTURY IMPORT AUTOMOTIVE INC | 9081 AIRPORT BLVD. MOBILE, AL 36608 | 60062 | $ 0.00 |
| 11-01043 #626 | ROGER D. NICHOLS | DOZIER HARDWARE CO. | 16 WEST FRONT STREET NORTH THOMASVILLE, AL 36784 | 60383 | $ 219.98 |
| 15-02576 #625 | ALONZA GREEN | E-Z PAWN | 3428 COTTAGE HILL ROAD MOBILE, AL 36609 | 60405 | $ 8.27 |
| 15-02576 #625 | ALONZA GREEN | E-Z PAWN | 3428 COTTAGE HILL ROAD MOBILE, AL 36609 | 60405 | $ 1.75 |
| 11-01043 #626 | ROGER D. NICHOLS | TIM WATTS | 16 W FRONT STREET NORTH THOMASVILLE, AL 36784 | 62443 | $ 195.81 |
| 11-01976 #632 | MONASHIA KEAWAKIE WHITE | MONASHIA KEAWAKIE WHITE | 814 PLEASANT CIRCLE NORTH CITRONELLE, AL 36522 | 62851 | $ 92.32 |
| 11-01976 #632 | MONASHIA KEAWAKIE WHITE | MONASHIA KEAWAKIE WHITE | 814 PLEASANT CIRCLE NORTH CITRONELLE, AL 36522 | 62852 | $ 24.63 |
| 15-02789 #634 | PHYLLIS T. CARTER | PHYLLIS T. CARTER | P.O. BOX 351 BREWTON, AL 36427 | 62906 | $ 1,874.15 |

# GENERAL FUND

ALABAMA FOR THE SOUTHERN DISTRICT OF
FOR THE RESPECTIVE PAYEES AND FOR THE AMOUNT AS SHOWN HEREIN:
COVERING THE PERIOD 04/17/2016

| CASE NO. | DEBTOR | PAYEE | ADDRESS | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| 11-01829 #632 | LATRONZA RENA CHESTANG | LATRONZA RENA CHESTANG | 5275 OLD PASCAGOULA ROAD #97 MOBILE, AL 36619 | 62908 | $ 35.31 |
| 11-01829 #632 | LATRONZA RENA CHESTANG | LATRONZA RENA CHESTANG | 5275 OLD PASCAGOULA ROAD #97 MOBILE, AL 36619 | 62909 | $ 117.45 |
| 15-01334 #632 | KENISHA JA'LEXIS HALE | KENISHA JA'LEXIS HALE | 6421 VICTORIA PLACE SOUTH MOBILE, AL 36608 | 62979 | $ 154.00 |
| 13-00367 #632 | RICHARD PAUL HULL | RICHARD PAUL HULL | 2000 U S HWY 14 EAST SELMA, AL 36703 | 63002 | $ 0.11 |
| 10-05438 #632 | SOHEL ISLAM | SOHEL ISLAM | 3480 SEMMES WOODS DRIVE SEMMES, AL 63005 | 63005 | $ 229.60 |
| 13-01107 #632 | MICHAEL H. JONES | MICHAEL H. JONES | 7481 MURRAY HEIGHTS DRIVE SOUTH IRVINGTON, AL 36544 | 63013 | $ 66.14 |
| 11-00561 #632 | NICHOLAS S. KERSTEN | NICHOLAS S. KERSTEN | 1670 LONGWOOD ROAD MOBILE, AL 36609 | 63017 | $ 5.82 |
| 11-01267 #632 | KENNETH W. KIDD | KENNETH W. KIDD | P.O. BOX 775 SILVERHILL, AL 36576 | 63019 | $ 36.78 |
| 13-01431 #632 | CARNELL DELOISE MADISON | CARNELL DELOISE MADISON | LOT 17 J&J TRAILER PARK SELMA, AL 36701 | 63038 | $ 13.4 |
| 12-02648 #632 | YOLANDA MCNEIL | YOLANDA MCNEIL | 2061 BARRETTS LANE MOBILE, AL 36617 | 63053 | $ 0.35 |
| 12-02467 #632 | TIMEKA CHERISH ROSS | TIMEKA CHERISH ROSS | 157 BIG PINE DRIVE SLEMA, AL 36701 | 63108 | $ 0.08 |
| 11-00691 #632 | JANICE NOREEN WILLHITE | JANICE NOREEN WILLHITE | 924 EAST CANYOU RIDGE WAY #11 MIDVALE, UT 84047 | 63176 | $ 2.68 |
| 11-00874 #632 | JACK K. WILLOUGHBY | JACK K. WILLOUGHBY | 137 DONETTE LOOP DAPHNE, AL 36526 | 63180 | $ 9.81 |
| 14-04015 #510 | WILLIAM H. ROACH | U. S. BANK PAYMENT ADMINISTRATOR | P.O. BOX 2304 FARIBAULT, MN 55021 | 54622 | $ 642.80 |
| | | TOTAL | | | $ 3,884.54 |